UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CREDIT ONE BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:11-0563 |
| | ) | Judge Sharp |
| v. | ) | |
| | ) | |
| LARRY SNEED, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On September 15, 2011, the Magistrate Judge entered a Report and Recommendation (Docket Entry No. 19), recommending that this action be summarily remanded back to the Chancery Court for Davidson County, Tennessee, and Defendant Sneed's Motion for Joinder (Docket Entry No. 2) and Motion to Dismiss (Docket Entry No. 3) be denied as moot in light of the recommendation that this action be remanded back to the state court. Despite being specifically advised in the Report and Recommendation that any objections to the recommended disposition needed to be filed within fourteen days, Defendant filed no objections.

Having conducted a *de novo* review of the matter in accordance with Fed. R. Civ. P. 72(b), the Court agrees with the Magistrate Judge's recommendations. Accordingly,

(1) The Report & Recommendation (Docket Entry No. 19) is hereby ACCEPTED and APPROVED;

(2) Pursuant to 28 U.S.C. § 1446(c)(4), this action is hereby summarily remanded back to the Chancery Court for Davidson County, Tennessee, because removal of this action was improper;

(3) Defendant Sneed's Motion for Joinder (Docket Entry No. 2) is hereby DENIED as moot in light of the recommendation that this action be remanded back to the state court; and

(4) Defendant Sneed's Motion to Dismiss (Docket Entry No. 3) is hereby DENIED for the same reason as stated in (3) above.

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE